**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**ALMA SIMONET, et al.,**

**Plaintiffs,**

**v.**                                                    **Civil No. 06-1230 (GAG/CVR)**

**GLAXOSMITHKLINE, et al.,**

**Defendants.**

**JUDGMENT**

Per the court's Order (Docket No. 166) judgment is hereby entered approving the class

action settlement.  The court shall retain jurisdiction to enforce its terms.

**SO ORDERED.**

In San Juan, Puerto Rico this 4th day of September 2009.

S/Gustavo A. Gelpí

GUSTAVO A. GELPI
United States District Judge