# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** November 4, 2009

**DC #:** 06-1230 (GAG)
**Related USCA Case #09-2434**

**APPEAL FEE PAID:** YES  X    NO ____

**CASE CAPTION:** Alma Simonet v. GlaxoSmithKline

**IN FORMA PAUPERIS:** YES ____ NO  X

**MOTIONS PENDING:** YES ____ NO  X

**NOTICE OF APPEAL FILED BY:** Objectors: William McWhorter, Kathleeen McWhorter and Suzanne Colvin

**APPEAL FROM:** Opinion & Order and Judgment entered on 09/04/09, and Order entered on 09/10/09

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                                     **VOLUMES:**

Docket Entries   166 - 168, 171                                                          I

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Appeals Clerk