**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ALMA SIMONET, ET AL.<br><br>Plaintiff (s)<br><br>v.<br><br>GLAXOSMITHKLINE, ET AL.<br><br>Defendant (s) | CV. 06-1230 (GAG) |

**ORDER**

Objector parties Francis Sweeney and Suzanne Colvin were not included on docket (175) as parties to deposit the appeal bond in the amount of $40,000 each.

Order entered nunc pro tunc October 14, 2009.

IT IS SO ORDERED

At San Juan, Puerto Rico, this 04th day of November, 2009.

s/Gustavo A. Gelpí
U.S. District Judge