# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Alma Simonet, Julie Goldenberg, individuals, and Universal Care, Inc., a California Corporation, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SmithKline Beecham Corporation d/b/a GlaxoSmithKline, GlaxoSmithKline Puerto Rico, Inc. and SB Pharmco Puerto Rico Inc.<br><br>　　　　Defendant. | Civil No. 06-1230 (GAG) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Objectors, William McWhorter, Kathleen McWhorter, and Suzanne Colvin, hereby appeal to the U.S. Court of Appeals for the First Circuit from: the "Order granting in part and denying in part the Motion Requesting Order Requiring Appellants-Objectors to File a Bond Pursuant to Federal Rules of Appellate Procedure, Rule 7" (Doc. 175) entered on October 14, 2009, then modified by the Court on October 16, 2009, and then modified again by the Court on October 22, 2009; and, the "Order as to Objector parties Francis Sweeney and Suzanne Colvin; re 175 Order on Motion for Bond. Nunc Pro Tunc 10/14/09", (Doc.183) signed/entered by Judge Gustavo A. Gelpi on November 4, 2009, as well as any subsequent orders on the appeal bond in Appeal No.: 09-2434.

Notice is also given that pursuant to Rule 7 of the Federal Rules of Appellate Procedure, Appellants, William McWhorter, Kathleen McWhorter, and Suzanne Colvin, above named class members and objectors, herewith have tendered to the Clerk of the United States District Court for the District of Puerto Rico, the sum of Three Hundred Dollars ($300.00) as security for costs on appeal to the United States Court of Appeals for the First Circuit in Appeal 09-2434.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 5th day of November, 2009.

/s/   Michelle Bonilla-Sotomayor
MICHELLE BONILLA-SOTOMAYOR
USDC-PR 219609
315 Ave. Winston Churchill
Urb. El Senorial
San Juan, Puerto Rico 00926
bonillasotomayor@gmail.com
Tel 787-753-0438
Fax 787-767-5784

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of November, 2009, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system and that the following attorneys will automatically be notified by the CM/ECF electronic mail system.

Brian R. Strange, Esq.
Strange & Carpenter
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025

Frederick G. Herold, Esq.
Dechert LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040

/s/   Michelle Bonilla-Sotomayor
MICHELLE BONILLA-SOTOMAYO