**MANDATE**

DC/PR
Rios de Moran
Judge Gelpi

# United States Court of Appeals
## For the First Circuit  DC#: 06-01230

No. 09-2434 → #169, #185

DAVID CLAY BAIN, Objector; FRANCIS E. SWEENEY, as Administrator of the
Estate of Keith Allen

Interested Parties - Appellants

06-1230 (GAG)

ALMA SIMONET; JULIE GOLDENBERG; UNIVERSAL CARE, INC., a
California Corporation

Plaintiffs - Appellees

FLORENCE M. MANDARINO

Plaintiff

v.

GLAXOSMITHKLINE PUERTO RICO, INC.; SB PHARMCO PUERTO RICO,
INC.; SMITHKLINE BEECHAM CORPORATION, d/b/a GlaxoSmithKline

Defendants - Appellees

GLAXOSMITHKLINE; GLAXO, INC.; GLAXO CARIBBEAN, INC.

Defendants

--------------------------------

PRESCRIPTION ACCESS LITIGATION LLC (PAL), Boston Objector; ESTATE
OF KEITH ALLEN, Objector, SUZANNE COLVIN, Objector; WILLIAM
MCWHORTER; KATHLEEN MCWHORTER, Objector

Interested Parties

----

No. 09-2510 → #171

ALMA SIMONET; JULIE GOLDENBERG; UNIVERSAL CARE, INC., a

(RECEIVED & FILED 2010 FEB -3 PM 11:06 CLERK'S OFFICE DISTRICT COURT SAN JUAN PR)

California Corporation

Plaintiffs - Appellees

FLORENCE M. MANDARINO

Plaintiff

v.

SUZANNE COLVIN, Objector; WILLIAM MCWHORTER, Objector; KATHLEEN MCWHORTER, Objector

Interested Parties - Appellants

GLAXOSMITHKLINE PUERTO RICO, INC., SB PHARMCO PUERTO RICO, INC.; SMITHKLINE BEECHAM CORPORATION, d/b/a GlaxoSmithKline

Defendants - Appellees

GLAXOSMITHKLINE, GLAXO, INC.; GLAXO CARIBBEAN, INC.

Defendants

v.

-------------------------------

DAVID CLAY BAIN, Objector; PRESCRIPTION ACCESS LITIGATION LLC (PAL), Boston Objector; ESTATE OF KEITH ALLEN, Objector, FRANCIS E. SWEENEY, as Administrator of the Estate of Keith Allen

Interested Parties

---

No. 09-2551 ⟶ #178

ALMA SIMONET; JULIE GOLDENBERG; UNIVERSAL CARE, INC., a California Corporation

Plaintiffs - Appellees

FLORENCE M. MANDARINO

Plaintiff

v.

GLAXOSMITHKLINE PUERTO RICO, INC.; SB PHARMCO PUERTO RICO, INC.; SMITHKLINE BEECHAM CORPORATION, d/b/a GlaxoSmithKline

Defendants - Appellees

GLAXO, INC.; GLAXO CARIBBEAN, INC.

Defendants

------------------------------

DAVID CLAY BAIN, Objector

Interested Party - Appellant

PRESCRIPTION ACCESS LITIGATION LLC (PAL), Boston Objector; ESTATE OF KEITH ALLEN, Objector; WILLIAM MCWHORTER, Objector; KATHLEEN MCWHORTER, Objector; SUZANNE COLVIN, Objector; FRANCIS E. SWEENEY, Administrator of the Estate of Keith Allen

Interested Parties

---

No. 09-2585 ⟶ #187

ALMA SIMONET; JULIE GOLDENBERG; UNIVERSAL CARE, INC., a California Corporation

Plaintiffs - Appellees

FLORENCE M. MANDARINO

Plaintiff

v.

GLAXOSMITHKLINE PUERTO RICO, INC.; SB PHARMCO PUERTO RICO, INC.; SMITHKLINE BEECHAM CORPORATION, d/b/a GlaxoSmithKline

Defendants - Appellees

GLAXO, INC.; GLAXO CARIBBEAN, INC.

Defendants

---

DAVID CLAY BAIN, Objector; PRESCRIPTION ACCESS LITIGATION LLC (PAL), Boston Objector; ESTATE OF KEITH ALLEN, Objector, FRANCIS E. SWEENEY, as Administrator of the Estate of Keith Allen

Interested Parties

WILLIAM MCWHORTER, Objector; KATHLEEN MCWHORTER, Objector; SUZANNE COLVIN, Objector

Interested Parties - Appellants

---

## JUDGMENT

Entered: February 2, 2010
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that these appeals be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
Date: 2/2/10

cc:
N. Albert Bacharach Jr.
Rossell Barrios-Amy
Michael L. Baum
Michelle Bonilla Sotomayor
Herbert W. Brown
Roger D. Drake
Jessica Hernandez-Sierra
Frederick G. Herold
J.D. Horton
Eugenio E. Ibarra Pereira
Thomas Henry Lee II
Raul S. Mariani-Franco
Yvonne M. McKenzie
George W. Murgaroyd
John F. Nevares Padilla Sr.
John Jacob Pentz III
Camilo Kossy Salas III
Brian R. Strange
Francis E. Sweeney
Cheri R. Tolin
Brennan J. Torregrossa
Jeffrey L. Weinstein
Florence M. Mandarino